UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 2:25-CR-00498-MEF |
| v. | : | |
| | : | |
| ROYAL SOVEREIGN | : | NOTICE OF APPEARANCE |
| INTERNATIONAL INC. | : | |

PLEASE TAKE NOTICE that Ethan L. Carroll, Trial Attorney (ethan.carroll@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                                        LISA K. HSIAO
                                                       Acting Director

                                                       */s/ Ethan L. Carroll*
                                                       By: ETHAN L. CARROLL
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Consumer Protection Branch
                                                       450 Fifth St., NW, Suite 6400
                                                       Washington, D.C. 20001
                                                       Telephone: 202-305-7599
                                                       ethan.carroll@usdoj.gov

Dated: August 7, 2025